Form transrec (11/2017)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Cary v. Patch Services LLC et al

Debtor(s).

Case Number: 22–01000–TWD
Chapter: 0

---

## TRANSMITTAL OF RECORD

The Clerk of the U.S. Bankruptcy Court for the Western District of Washington transmits to the Clerk, **Clerk, U.S. District Court, Western District of Washington** the original documents relating to the motion of withdrawal of reference filed on **April 15, 2022**.

The following documents are included:

Motion to Withdraw the Reference, Stipulation of the Parties in Support of Defendants' Motion for Withdrawal of Reference, Notice of Intent Not to File Response to Defendants' Motion for Withdrawal of Reference, and Order Directing Clerk to Transmit the Motion for Withdrawal of the Reference to the District Court.

Dated: April 21, 2022

Mark L. Hatcher
Clerk of the Bankruptcy Court

# Notice Recipients

District/Off: 0981–2  User: admin  Date Created: 4/21/2022
Case: 22–01000–TWD  Form ID: transrec  Total: 1

**Recipients of Notice of Electronic Filing:**
aty  Robert A. Bailey  rbailey@lagerlof.com

TOTAL: 1