# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Beverly Jane Cary | Case No. 2:22-cv-00538-LK |
| Plaintiff | |
| v. | **NOTICE OF APPEARANCE** |
| Patch Services LLC et al | |
| Defendants | |

TO:         CLERK OF COURT

AND TO:     All Parties of Record;

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance in the above-captioned matter on behalf of Patch Services LLC doing business as NOAH and Patch Homes Inc., and requests that all further papers and pleadings, except original process, be served upon the undersigned at the following address:

Law Office of Faye C. Rasch
600 Stewart Street, Suite 1300
Seattle, WA 98101
Telephone: (646) 279-9627
E-mail: fayer@rasch.law

| | | |
|---|---|---|
| Dated: April 25, 2022 | LAW OFFICE OF FAYE C. RASCH | |
| | By: */s/ Faye C. Rasch* | |
| | FAYE C. RASCH, WSBA 50491 | |
| | Attorneys for Defendants, | |
| | Patch Services LLC d/b/a NOAH and Patch Homes Inc. | |