U.S. District Court Judge Hon. Lauren King

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEVERLY JANE CARY,<br><br>                Plaintiff,<br>    v.<br><br>PATCH SERVICES, LLC d/b/a NOAH;<br>PATCH HOMES, INC.; FIRST<br>AMERICAN TITLE INSURANCE<br>COMPANY LENDERS ADVANTAGE,<br><br>                Defendants. | CASE NO. 2:22-cv-00538-LK<br><br>DEFENDANT FIRST AMERICAN TITLE INSURANCE COMPANY'S MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 17, 2022 |

Pursuant to Federal Rule of Civil Procedure 12(f), Defendant First American Title Insurance Company (erroneously sued as First American Title Insurance Company Lender's Advantage) ("FATIC") hereby submits the following Motion to Strike Plaintiff's Second Amended Adversary Complaint ("SAC").

**I.     INTRODUCTION AND RELIEF REQUESTED**

Plaintiff Beverly Jane Cary has filed her SAC without leave of the Court or consent of the parties. That filing violated Federal Rule of Bankruptcy Procedure 7015 and should be stricken as a procedurally improper nullity without legal effect. Based on the foregoing

100047/002553/02637731-1

FIRST AMERICAN'S MOTION TO STRIKE
SECOND AMENDED COMPLAINT-1

Case No. 2:22-CV-00538-LK

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101
PHONE: 206-492-2300

1  and as further set forth below, FATIC respectfully requests that the Court strike Plaintiff's
2  SAC from the judicial record, leaving the First Amended Adversary Complaint (the
3  "FAC") as the operative pleading.

4  **II.    FACTS**

5  Plaintiff filed her original adversary complaint ("Complaint") on January 18, 2022.
6  WD Wa. Bankruptcy Case 22-01000-TWD Docket Entry Number ("Bk. Dkt. No.") 1.
7  Plaintiff filed a First Amended Adversary Complaint (the "FAC") on January 19, 2022.
8  Bk. Dkt. No. 2.  Then, without obtain leave of court, Plaintiff filed Second Amended
9  Adversary Complaint (the "SAC") on March 4, 2022. Bk. Dkt. No. 4. The SAC adds
10 FATIC as a party asserting claims against FATIC for violations of the Escrow Agent
11 Registration Act, RCW 18.44 *et seq.*, the Washington Consumer Protection Act, RCW
12 19.86 *et seq.*, and the federal Truth in Lending Act, 15 U.S.C. § 1601, *et seq.* Bk. Dkt. No.
13 4, ¶¶ 3.23-3.28, 3.40-3.47.

14 There is nothing in the judicial record to support that Plaintiff was granted leave of
15 the Court or obtained agreement of the parties to file the SAC.

16 **III.    LEGAL ARGUMENT**

17 Federal Rule of Bankruptcy Procedure 7015 provides that Federal Rule of Civil
18 Procedure 15 applies in adversarial bankruptcy proceedings. Federal Rule of Civil
19 Procedure 15(a)(1) permits a party just one opportunity to amend a pleading without leave
20 of the Court. Once a party has amended once, leave of the court is required to amend again.
21 FRCP 15(a)(2).

22 "If an amended pleading cannot be made as of right and is filed without leave of
23 court or consent of the opposing party, the amended pleading is a nullity and without legal
24 effect." *Hardin v. Wal-Mart Stores, Inc.*, 813 F. Supp. 2d 1167, 1181 (E.D. Cal. 2011).

25

100047/002553/02637731-1

FIRST AMERICAN'S MOTION TO STRIKE
SECOND AMENDED COMPLAINT-2

Case No. 2:22-CV-00538-LK

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101
PHONE: 206-492-2300

1  Such a pleading may also be stricken under Rule 12(f). *Canady v. Erbe Elektromedizin
2  GmbH*, 307 F. Supp. 2d 2, 7 (D.D.C. 2004).

3  Plaintiff amended her Complaint once as a matter of course and without leave of
4  the Court by filing the FAC on July 19, 2022. Bk. Dkt. No. 2. Plaintiff filed the SAC
5  without leave of the Court and without consent of the parties. Accordingly, the Court
6  should hold that the SAC is a nullity, has no legal effect, and order it stricken. By
7  extension, the summons issued on the SAC (Bk. Dkt. No. 6) is also invalid and must be
8  quashed or vacated.

## IV.   CONCLUSION

10  Based on the foregoing, FATIC respectfully requests that the Court grant this
11  Motion to Strike, strike Plaintiff's SAC from the judicial record, and quash or vacate the
12  summons issued on the SAC (Bk. Dkt. No. 6).

13  DATED this 23rd day of May 2022.

**LAGERLOF LLP**

*s/ Robert A. Bailey*
Robert A. Bailey, WSBA No. 28472
701 Pike Street, Ste 1560
Seattle, WA 98101
Phone: 206-492-2300
Email: rbailey@lagerlof.com
*Attorneys for First American Title Insurance Company*

100047/002553/02637731-1

FIRST AMERICAN'S MOTION TO STRIKE
SECOND AMENDED COMPLAINT-3

Case No. 2:22-CV-00538-LK

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101
PHONE: 206-492-2300

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system, which will provide notice to the following parties as indicated below:

| | |
|---|---|
| Melissa A. Huelsman, WSBA No. 30935<br>Law Offices of Melissa A. Huelsman, P.S.<br>705 2nd Ave, Suite 606<br>Seattle, WA 98104<br>*Attorney for Plaintiff* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email:<br>mhuelsman@predatorylendinglaw.com<br>[X] By CM/ECF E-Service |
| Mark McClure, WSBA No. 24393<br>Law Offices of Mark McClure, PS<br>1103 W. Meeker St., Suite 101<br>Kent, WA 98032<br>*Attorney for Plaintiff* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email: mark@mcclurelawgroup.com<br>[X] By CM/ECF E-Service |
| Christina L. Henry, WSBA No. 31273<br>Henry & Degraaff, PS<br>119 1st Ave S., Suite 500<br>Seattle, WA 98104<br>*Attorney for Plaintiff* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email: chenry@hdm-legal.com<br>[X] By CM/ECF E-Service |
| Faye Rasch, WSBA No. 50491<br>Law Office of Faye C. Rasch<br>600 Stewart St., Suite 1300<br>Seattle, WA 98101<br>*Attorney for Defendant Patch Services LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email: fraschlaw@gmail.com<br>[X] By CM/ECF E-Service |

DATED this 23rd day of May 2022 at Seattle, Washington.

*s/ Karrie L. Blevins*
Karrie L. Blevins, Paralegal
Lagerlof LLP

100047/002553/02637731-1

FIRST AMERICAN'S MOTION TO STRIKE
SECOND AMENDED COMPLAINT-4

Case No. 2:22-CV-00538-LK

LAGERLOF LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WA 98101
PHONE: 206-492-2300