UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEVERLY JANE CARY,<br><br>                 Plaintiff,<br>    v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY LENDERS ADVANTAGE,<br><br>                 Defendant. | CASE NO. 2:22-cv-00538-LK<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

      This matter comes before the Court sua sponte. On March 13, 2024, the Court dismissed Plaintiff Beverly Jane Cary's third amended complaint without prejudice, and dismissed Defendant and Third-Party Plaintiff First American Title Insurance Company's third-party claims. Dkt. No. 52 at 16. As part of that order, the Court granted Cary leave to move to amend by March 27, 2024, but cautioned her that failure to file a proposed fourth amended complaint by March 27, 2024 would result in her pleadings being dismissed with prejudice. *Id.* at 15–16.

//

//

//

ORDER DISMISSING ACTION WITH PREJUDICE ORDER REGARDING PENDING MOTIONS - 1

Because Cary has not moved to amend or requested any extension, the Court now DISMISSES this case with prejudice.

Dated this 29th day of March, 2024.

Lauren King
United States District Judge